Holland and Haines *against* Dale.

*December,* 1824.

JUDGE *Crenshaw* delivered the opinion of the Court.

In this case it appears that *Holland* obtained a judgment at law against *Dale,* which he afterwards assigned to *Haines.* Notwithstanding the assignment, *Dale* paid or settled with *Holland* the amount of the judgment, as appears by his receipt which is made an exhibit. *Dale* obtained an injunction, and on the hearing on bill and answer, the bill was dismissed.

The bill states that *Dale* had no notice of the assignment before he had settled the amount with *Holland ;* but the answer denies this, and alleges that he had notice.

I believe that it has never been questioned but that equity will always protect a bona fide assignee. If *Dale* paid to the plaintiff in the action after notice of the assignment, it was in prejudice of the rights of the assignee, who ought to be permitted to enforce execution on the judgment ; and under the circumstances disclosed, *Dale* is liable to pay over

After notice of assignment of a judgment defendant pays to plaintiff, equity will not protect him from execution for the benefit of the assignee.

34

DECEMBER, 1824. again.   It is the unanimous opinion of the Court that the

Holland and
Haines
v.
Dale.

decree of the Circuit Court be affirmed.

*Crawford* and *Hitchcock*, for plaintiff.
*Parsons*, for defendant in Error.